# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLASTICS SYSTEMS PACKAGING MOLDING, INC., | : | Civil No. 1:24-CV-01030 |
| Plaintiff, | : | |
| v. | : | |
| FREDERIC CONTINI and MÉLANIE CONTINI, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of March, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's motion to dismiss the amended counterclaim, Doc. 15, is **GRANTED**, and Defendants' amended counterclaim, Doc. 10, is **DISMISSED WITHOUT PREJUDICE**.

2) Defendants' may file a second amended counterclaim within **21 days** of this order.

3) A telephone conference is scheduled for **April 7, 2025, at 1:15 p.m.**, to set deadlines in this case. The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania